

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 16-0288

FILED

07/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 16-0288

FILED

JUL 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTMENTS TO THE
DRUG TREATMENT COURT ADVISORY
COMMITTEE

O R D E R

The Honorable Gregory G. Pinski has resigned as a District Court Judge, and his position on the Drug Treatment Court Advisory Committee needs to be filled. The Court thanks Judge Pinski for his service to the Committee, to this Court, and to the people of Montana.

IT IS HEREBY ORDERED that the Honorable Matthew J. Cuffe is appointed to replace the Honorable Gregory G. Pinski for a term expiring on May 30, 2022.

The Clerk is directed to provide copies of this Order to The Honorable Gregory G. Pinski, the Honorable Matthew J. Cuffe, to each member of the Drug Treatment Court Advisory Committee, to Court Administrator Beth McLaughlin, and to the State Bar of Montana.

DATED this 6 day of July, 2021.

_____
Chief Justice

_____

_____

_____
Justices